

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-19-00332-CV

Lee B. **WHEELER**, Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellee's motion for leave to exceed word limit is GRANTED.

It is so **ORDERED** on February 27, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT